UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | CR110-251-017 |
| JAMES BOUTTRY, JR., | ) | |
| a/k/a "Trouble" | ) | |

## ORDER

Presently pending before the Court is Defendant's Motion for Reconsideration. (Doc. no. 934.) On June 24, 2015, the Court denied a motion to reduce Defendant's sentence pursuant to 18 USC §3582(c)(2). Defendant fails to raise any grounds justifying reconsideration. Accordingly, Defendant's motion (doc. no. 934) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of November, 2015.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia