IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 1:10cr251 |
| | ) | |
| JAMES BOUTTRY, JR. | ) | |

ORDER

The Court having considered the Defendant's Motion to Seal filed in this case, hereby GRANTS the motion and ORDERS that the Defendant's Motion to Seal, Motion to Compel, and Declaration be SEALED until further order of the Court.

SO ORDERED this 17th day of June, 2016.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA